IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STACEY KAY POJAR,<br><br>        Defendant. | **8:12CR339**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Hearing (filing 251) is granted.

2. Defendant Stacey Kay Pojar's violation of supervised release hearing is continued to June 18, 2020, at 10:00 a.m., before the undersigned Chief United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 12th day of March, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge